UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MICHAEL ADAMS**, individually,

    **Plaintiff,**

v.

**BKUK 5 CORPORATION d/b/a LIMON JUNGLE EMPANADA,** a New York for profit business entity, and **191 SEVENTH AVENUE CORPORATION,** a New York for profit business entity,

    **Defendants**.

_____

Case No. 16-cv-03596-LTS

### NOTICE OF SETTLEMENT AND MOTION SEEKING ADJOURNMENT OF INITIAL PRETRIAL CONFERENCE ON TUESDAY, NOVEMBER 17, 2016, AT 3:15 PM

  Plaintiff MICHAEL ADAMS, by and through the undersigned counsel, and pursuant to the Federal Rules of Civil Procedure and all other applicable statutes, regulations, and legal authorities, as well as this Court's inherent authority, hereby provides this honorable Court with Notice of Settlement of all claims in their entirety thus making a initial pretrial conference unnecessary.

  The Parties' intend on finalizing their settlement and related documents to this Court within forty-five (45) days of the filing of the instant notice.

Respectfully submitted on November 14, 2016.

**By: /s/ Tara Demetriades**
Tara Demetriades, Esq.
New York Bar No. 4185666

**ADA Accessibility Associates**
2076 Wolver Hollow Road
Oyster Bay, New York 11771
E: TDemetriades@Aol.com
T: (516) 595-5009

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Notice of Settlement has been served via the Court's CM/ECF filing system upon all parties of record on November 14, 2016.

**By: /s/ Tara Demetriades**
Tara Demetriades, Esq.
New York Bar No. 4185666